# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KEVIN L. ALLEN**                                                                  **PLAINTIFF**

**V.**                 **CASE NO. 4:19-CV-455-LPR-BD**

**ANDREW SAUL, Commissioner**
**Social Security Administration**[1]                                         **DEFENDANT**

## ORDER

Pending is Commissioner of the Social Security Administration's Unopposed Motion to Reverse and Remand. (Docket entry #13) For good cause shown, the Commissioner's motion (#13) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

IT IS SO ORDERED this 10th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On June 6, 2019, the United States Senate confirmed Mr. Saul's nomination to lead the Social Security Administration. Pursuant to FED. R. CIV. P. 25(d), Mr. Saul is automatically substituted as the Defendant.