**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**


**KEVIN L. ALLEN**                                                                 **PLAINTIFF**


**V.**                              **CASE NO. 4:19-CV-455-LPR-BD**


**ANDREW SAUL, Commissioner**
**Social Security Administration**                                    **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor

of Plaintiff Kevin L. Allen and against the Social Security Administration. This is a

sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89,

97-103 (1991).

DATED this 10th day of February, 2020.


_____
UNITED STATES MAGISTRATE JUDGE